AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

U.S. MARSHAL-DC PM4:56
RECEIVED MAR 26 '24

for the

District of Columbia

United States of America
v.
Travis Foster

Defendant

Case: 1:24-cr-00150
Assigned To : Judge Loren L. AliKhan
Assign. Date : 3/26/2024
Description: Indictment (B)

)
)
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Travis Foster                                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

FORFEITURE:18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

M B Upad

2024.03.26
13:02:00 -04'00'

Date:     03/26/2024

Issuing officer's signature

City and state:     Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
Printed name and title

| Return |
|---|
| This warrant was received on (date)  3/26/2024  , and the person was arrested on (date)  4/24/2024 |
| at (city and state)  Washington D.C  . |
| Date: 4/24/2024 |

Kaylen Br
Arresting officer's signature

Kaylern Bretz Deputy United States marshal
Printed name and title