**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 1-24-cr-150-1 (LLA) |
| TRAVIS FOSTER | : | |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

Travis Foster, through undersigned counsel, submits this sentencing memorandum to aid the Court at sentencing. Mr Foster pleaded guilty to one count each of; Unlawful Possession of a Firearm by a Person Previously Convicted of a Term of Imprisonment Exceeding One year in violation of 18 U.S.C § 922(g)(1), and Unlawful Possession with Intent to Distribute a Mixture Containing a Detectable Amount of Marijuana in violation of 21 U.S.C. §§841(a)(1), (b)(1)(D). Sentencing is set before this Court for 22 October 2026.

Based on the facts and arguments below, Mr Foster requests the Court accept the parties' plea agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and sentence to a period of 57 months incarceration, followed by a 3-year period of supervised release. We submit that this sentence would most accurately address the concerns of the sentencing statute, 18 U.S.C. §3553.

As is our practice, we are not going to belabor the Court with a mere recitation of the information contained in the Presentence Report. Rather we will contain our remarks to a few factors we feel necessary to understanding who Mr Foster is and his outlook for the future. We ask the Court to consider the work he has undertaken during his incarceration, and the life he is preparing to

lead. His history does not diminish the seriousness of these offenses, but it helps explain the challenges he has faced and the responsibilities he is now trying to meet.

He lost his mother when he was three years old and was raised by his grandmother. She provided the stability she could through periods when the family moved among relatives' homes, hotels, and shelters. He completed high school despite those disruptions. His grandmother remained a central source of support until she died of cancer while he was incarcerated in this case. Her death was another profound loss in a life that has included the violent deaths of people close to him.

In 2023, he witnessed the fatal shooting of his daughter's mother, whom he had known since high school. She died in his arms while eight months pregnant; their daughter was delivered by emergency cesarean section. He did not receive professional counseling afterward. Their daughter, now three, lives with her maternal grandmother, who has custody and provides her daily care. Mr Foster has maintained contact when possible, including by video call, and hopes to build a larger role in her life. He knows that any future request for custody must be earned through stability and sustained attention to his daughter's needs. He wants to be present for her as she grows and to become someone on whom she can rely.

He does not offer these losses as an excuse for his offenses. He has, however, begun to address them. The presentence report describes his participation in available mental-health programming at the D.C. Jail and his interest in individual counseling. Before this incarceration, he had not received consistent mental-health care. His willingness to engage now matters, particularly because the report describes a pattern of withdrawing when he experiences grief and stress. Continued counseling would give him a way to address those experiences as he prepares to return to the community.

He has also used his time in custody to prepare for ordinary responsibilities. He reports taking parenting and business classes, along with courses in plumbing, cosmetology, and *Thinking for a Change*. He has worked in a detailing assignment for approximately a year. He has sought out ways to learn, work, and reflect during a difficult period. Those choices give substance to his stated commitment to change: the Court need not rely on his words alone.

PeterCooperLaw

His employment goal is similarly specific. Before this case, he worked as a barista and performed residential maintenance, including drywall, flooring, and painting. He now hopes to pursue commercial driving, beginning slowly with a moving company, and eventually acquiring his own truck and operating his own business. He has researched the trucking industry issues and has reached out to his sister to help identify training and business opportunities. He will need to meet the applicable licensing requirements, but he has already begun to investigate the steps toward his goal. Starting with an employer would allow him to gain experience and earn an income before attempting to work independently.

He also has a proposed place to return. His aunt confirmed to the presentence investigator that she is willing to have him live with her and help with his reentry needs. That offer, subject to the pending home inspection, gives him a potential source of support as he pursues work, counseling, and a consistent relationship with his daughter. His sister has likewise described their relationship as close and said she remains available to offer guidance. He has people who care about his future and who can encourage him to follow through on the plans he has begun to make.

We ask the Court to accept the parties' agreed sentence of 57-months of incarceration followed by three years of supervised release. We also ask the Court to consider his engagement in programming and his continuing need for grief counseling, vocational preparation, and family contact as it addresses appropriate recommendations and conditions. He has begun to show through his conduct in custody that he wants to use this time to become a dependable father and build a lawful future.

**Remorse and Regret.**

Travis Foster was arrested in this matter on 31st January, 2024. He was detained in this case from the outset and remains held to the present. Almost two years of incarceration has provided a unique opportunity for Mr Foster to contemplate his life thus far and the error of his ways. He has arrived at the conclusion that his actions and decisions have serious impact in taking him away from those he loves. Many words have been spoken about the absence of a loving, caring father figure in young childrens' experiences, and no one has given greater thought to this than Travis

PeterCooperLaw

Foster. He knows that he faces a not insignificant amount of time in front of him before he can be reunited with his daughter, and the manner in which his own selfish decisions have created this enforced separation leaves him nauseated. This has truly been a Damascene moment. His stark assessment of the effect of his decisions spurs him on to turn his life around.

The time Mr Foster has spent at the jail through this period has had a further influence. Mr Foster has spent significant time encountering individuals much older than himself, and the feelings these inmates convey as to how they've wasted their lives is not lost on Travis Foster. There is a very real and personal aspect here that is not to be ignored. Counsel and Mr Foster have had several conversations about the tragedy of people who spend their whole lives in-and-out of incarceration until there is nothing left to look forward to. Mr Foster feels increasingly fortunate that he has the opportunity to change his life before it's too late. This is not a chance he is going to squander.

**Sentencing Factors.**

18 U.S.C. §3553 provides:

> **(a) Factors To Be Considered in Imposing a Sentence.**—The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider—
>
> **(1)** the nature and circumstances of the offense and the history and characteristics of the defendant;
>
> **(2)** the need for the sentence imposed—
>
> **(A)** to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>
> **(B)** to afford adequate deterrence to criminal conduct;
>
> **(C)** to protect the public from further crimes of the defendant; and
>
> **(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

Addressing these factors individually we find the following. Nature and circumstances of the offense with respect to this offense is a highly combustible issue, and we will return to it later.

PeterCooperLaw

On history and characteristics of the defendant there is not much debate. Travis Foster has criminal history. Despite this, it is the seriousness with which he assesses his situation as a whole which creates not an individual who the community has need to fear for future criminal activity, but one who the community can perceive as a man committed to making a new future for himself. As discussed above, he is a man committed to creating a new future. Subsection (2)(A) discusses seriousness of the offense, respect for the law, and just punishment for the offense. We will return to this also when we discuss nature and circumstances of the offense. Subsection (B) contemplates adequate deterrence to criminal conduct. He has been emotionally shaken by his experiences this time with the justice system, and the insight he has acquired has left him with the strongest of convictions that this will be his last. Extended incarceration is not necessary to make that point. Subsection (C) considers a similar idea as that in (B), in protecting the community from further criminal contact. Here we point out that, as discussed above, Travis Foster is a man who has experienced the epiphany that he needs to change his life. No more can he engage in this lifestyle that has brought him here. He does not need any extended period of detention other than that contemplated in the plea agreement to make that point.

Returning to the nature and circumstances of the offense we find in these matters this is a not a simple issue to unpack. There is no question that the charges here are fairly described as a serious concern for public safety as a general matter. There are too many guns on our streets, period. However, we ask the Court to take into consideration the fact that certainly in the short time counsel has known Mr Foster, he has been unwavering in his desire to come before the Court and take full responsibility for his role in these matters. As has been said many times, the first step on the path to redemption is the Act of Contrition. He has done so knowing there would be a price to pay and he is more than willing to pay that price to atone for his actions.

PeterCooperLaw

Addressing (2)(A), we submit that the Court should have no concerns as to his views on the respect for law either today before this Court or for the future. The theme of this submission to the Court has been the sincerity running through Mr Foster's goal of rehabilitation and redemption. It is axiomatic that intrinsic to that plan is to put his past behind and to respect the law. His failure to pay adequate attention to this would only place him back in the position he is today. And he is adamant those days are behind him.

The final issue §3553 to be discussed is the last part of (2)(A): just punishment for the offense. Obviously, this is the very central issue for this Memorandum as a whole. Mr Foster is an individual who made mistakes. But we'd submit to the Court that the agreement entered into by the parties, given all discussed above, including the fact of his decision to accept responsibility when he did, already provides for a just sentence. We ask the Court to sentence in accordance with the agreement.

**Need to avoid sentencing disparities.**

A word on sentencing disparities and the need to avoid. Again, we tender to the Court that the parties have already considered the potential for disparity in sentencing, but would highlight that the agreement contemplates a guideline compliant sentence and would ask the Court to sentence accordingly.

**Conclusion**

Taking all the above into account. We ask the Court accept the parties' plea agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and sentence Mr Foster to a period of 57- months incarceration, followed by a 3-year period of supervised release. We submit that this sentence would most accurately address the concerns of the sentencing statute, 18 U.S.C. §3553.

PeterCooperLaw

/s/ *Peter A. Cooper*

Peter Cooper; 478-082
Counsel for Travis Foster
400 5th Street NW.
Washington DC 20001

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Memorandum is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 12th day of October, 2026.

PeterCooperLaw

APPENDIX I

PeterCooperLaw

# CERTIFICATE

## OF COMPLETION

THIS CERTIFICATE IS PROUDLY PRESENTED TO

*Travis Foster*

HAS SUCCESSFULLY COMPLETED THE 8-WEEK
FAMILY FIRST PARENTING PROGRAM

SEPTEMBER 9, 2026

HFRN
RECOVERY . HEALING . RESTORATION

Corwin Knight
Executive Director

Larry Moon Jr.
Program Manager

American Red Cross
Training Services

# CEU

Travis Foster

has successfully completed requirements for

**Adult First Aid/CPR/AED-r.21**

Date Completed: 9/15/2026

Contact Hours: 3
CEUs Awarded: 0.3

Learn and be inspired at LifesavingAwards.org

AMERICAN RED CROSS - TRAINING SERVICES

American Red Cross
Training Services

# Certificate of Completion

Travis Foster

has successfully completed requirements for

**Adult First Aid/CPR/AED**

Date Completed: 9/15/2026
Valid Until: 9/15/2028

Conducted by: Bell Consulting Group

AMERICAN RED CROSS TRAINING SERVICES

To verify certificate, scan code or visit redcross.org/digitalcertificate and enter ID.

Learn and be inspired at LifesavingAwards.org

02FGO7R

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | EventStatus | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ep 04 - An Opportunity to Be Better | E-Learning Course | Jul 2, 2025 | Jul 2, 2025 | 0 | 0.50 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ep 15 - My Past is My Strength | E-Learning Course | Jul 7, 2025 | Jul 7, 2025 | 0 | 0.55 | Complete | - | 0 | Jul 7, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ep 16 - Coding a New Life | E-Learning Course | Jul 2, 2025 | Jul 2, 2025 | 0 | 0.65 | Complete | - | 0 | Jul 2, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ep 22 - Finding Purpose in Prison | E-Learning Course | Jul 2, 2025 | Jul 2, 2025 | 0 | 0.75 | Complete | - | 0 | Jul 2, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ep 23 - Overcoming Addiction | E-Learning Course | Jul 7, 2025 | Jul 7, 2025 | 0 | 0.50 | Complete | - | 0 | Jul 7, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ep 25 - Challenges of Supervised Release | E-Learning Course | Jul 7, 2025 | Jul 7, 2025 | 0 | 0.50 | Complete | - | 0 | Jul 7, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ep 25 - Challenges of Supervised Release | E-Learning Course | Jul 7, 2025 | Jul 7, 2025 | 0 | 0.50 | Complete | - | 0 | Jul 7, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Freelance Work | E-Learning Course | Jul 7, 2025 | Jul 9, 2025 | 0.05 | 0.50 | Passed | 100 | 80 | Jul 9, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Interviewing Skills | E-Learning Course | Jul 7, 2025 | Jul 9, 2025 | 0.1 | 1.00 | Passed | 100 | 80 | Jul 9, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Responsibility | E-Learning Course | Jul 7, 2025 | Jul 9, 2025 | 0.1 | 1.00 | Passed | 100 | - | Jul 9, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Preventing Violence at the Workplace | E-Learning Course | Jul 7, 2025 | Jul 9, 2025 | 0.05 | 0.50 | Passed | 100 | - | Jul 9, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 105-The Whole Enchilada | E-Learning Course | May 22, 2024 | May 22, 2024 | 0 | 0.00 | In Progress | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 105-The Whole Enchilada | E-Learning Course | - | - | 0 | 0.00 | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 34-A Glimpse at the Approaching End-Times | E-Learning Course | May 22, 2024 | May 22, 2024 | 0 | 0.00 | In Progress | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Strategic Decision Making: Preparing to Make Decisions | E-Learning Course | Jul 7, 2025 | Jul 9, 2025 | 0.15 | 1.50 | Passed | 100 | - | Jul 9, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

# Transcript for TRAVIS FOSTER

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Step Recovery Programs | E-Learning Course | Jul 3, 2025 | Jul 3, 2025 | 0.15 | 1.50 | Passed | 100 | 80 | Jul 3, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | 80 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | Jul 15, 2025 | Jul 17, 2025 | 0.05 | 0.50 | Passed | 100 | 80 | Jul 17, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Jul 6, 2025 | Jul 6, 2025 | 0.05 | 0.50 | Passed | 0 | - | Jul 6, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Affordable Care Act (ACA) Basics for Business Owners (Corrections) | E-Learning Course | Jul 15, 2025 | Jul 17, 2025 | 0.03 | 0.34 | Passed | 100 | - | Jul 17, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Jul 3, 2025 | Jul 3, 2025 | 0.1 | 1.00 | Passed | 100 | - | Jul 3, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Asbestos Safety Awareness | E-Learning Course | Jul 15, 2025 | Jul 17, 2025 | 0.1 | 1.00 | Passed | 90 | - | Jul 17, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Computer Skills | E-Learning Course | Jul 15, 2025 | Jul 17, 2025 | 0.15 | 1.50 | Passed | 100 | - | Jul 17, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic First Aid | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic First Aid | E-Learning Course | Jul 17, 2025 | Jul 17, 2025 | 0.1 | 1.00 | Passed | 100 | - | Jul 17, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem-Solving Basics | E-Learning Course | Jul 14, 2025 | Jul 14, 2025 | 0.13 | 1.25 | Passed | 100 | - | Jul 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Choosing the Best Solution | E-Learning Course | Jul 18, 2025 | Jul 18, 2025 | 0.15 | 1.50 | Passed | 92 | - | Jul 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cognitive Awareness | E-Learning Course | Jul 18, 2025 | Jul 18, 2025 | 0.1 | 1.00 | Passed | 0 | - | Jul 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conducting Meetings: Conflicts, Climates, and Difficult Personalities | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conducting Meetings: Conflicts, Climates, and Difficult Personalities | E-Learning Course | Jul 18, 2025 | Jul 18, 2025 | 0.05 | 0.50 | Passed | 100 | - | Jul 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conducting Meetings: Listening Effectively and Asking Questions | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conducting Meetings: Listening Effectively and Asking Questions | E-Learning Course | Jul 14, 2025 | Jul 14, 2025 | 0.05 | 0.50 | Passed | 100 | - | Jul 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Contentious Relationships | E-Learning Course | Jul 9, 2025 | Jul 14, 2025 | 0.15 | 1.50 | Passed | 100 | - | Jul 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Correcting Performance Problems: Addressing Behavioral Problems | E-Learning Course | Jul 3, 2025 | Jul 3, 2025 | 0.08 | 0.84 | Passed | 100 | - | Jul 3, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Critical Thinking and Decision-Making | E-Learning Course | Jul 9, 2025 | Jul 18, 2025 | 0.1 | 1.00 | Passed | 100 | - | Jul 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Drug-Free Workplace | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | 80 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Drug-Free Workplace | E-Learning Course | Jul 9, 2025 | Jul 14, 2025 | 0.05 | 0.50 | Passed | 100 | 80 | Jul 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Employment | E-Learning Course | Jul 7, 2025 | Jul 14, 2025 | 0.15 | 1.50 | Passed | 100 | 80 | Jul 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |